374 A.2d 727

Schwab, et ux., Appellants, v. Copeland, et al.

Argued April 13, 1977. Gary N. Altman, for appellants; William J. Franks, for appellees.

Decree affirmed.

VAN der VOORT, J., absent.